**Dismissed and Memorandum Opinion filed October 25, 2018.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-18-00570-CV

---

### RUBIE BUCHALA, Appellant

### V.

### ROBERT JOHNSON, JR. AND AUSTIN COUNTY, Appellee

---

**On Appeal from the County Court at Law
Austin County, Texas
Trial Court Cause No. 16CV-5395**

---

## M E M O R A N D U M   O P I N I O N

This appeal is from a judgment signed June 7, 2018. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

On September 11, 2018, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen

days, appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b).

Appellant has not provided this court with proof of payment for the record. Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Christopher, Jamison, and Brown.